# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LENVELL THOMAS,<br><br>           Plaintiff,<br><br>  v.<br><br>CITY OF MONTCLAIR, et al.,<br><br>           Defendants. | NO. EDCV 09-1528-CBM (MAN)<br><br>ORDER ADOPTING FINDINGS,<br><br>CONCLUSIONS, AND RECOMMENDATIONS<br><br>OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge. The time for filing Objections has passed, and no Objections have been filed with the Court. The Court accepts and adopts the Magistrate Judge's Report and Recommendation, and the findings of fact, conclusions of law, and recommendations therein.

IT IS ORDERED that: (1) the motions to dismiss filed by defendants are granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure; and (2) Judgment shall be entered dismissing this action without prejudice.

1 | IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
2 | the Judgment herein on all parties of record.
3 |
4 | LET JUDGMENT BE ENTERED ACCORDINGLY.
5 |
6 | DATED:     4/23/2010     .
7 |
8 |                                    _____
9 |                                    CONSUELO B. MARSHALL
                                       UNITED STATES DISTRICT JUDGE