UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL LENVELL THOMAS, | ) | NO. EDCV 09-1528-CBM (MAN) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| CITY OF MONTCLAIR, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 4/23/10 .

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE